AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Adriana Santamaria

WAIVER OF INDICTMENT

CASE NUMBER: 05-276-02

I, *Adriana Santamaria*, the above named defendant, who is accused of

18 USC 666 (a)(1)(A)
18 USC 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8-24-05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer