U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA :

v. :

ADRIANA SANTAMARIA, : Case No. 05-276 (HHK)

Defendant. :

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ~~25th~~ 24th day of **August, 2005** ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _a date convenient to the parties_ by **Special Agent Anthony Saler** to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to **United States Secret Service** for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of **Special Agent Anthony Saler** for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~XXXXXXXXXXXX~~ Henry H. Kennedy



DOJ USA-16-1-80

DEFENSE COUNSEL