UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 05-276 (HHK) |
| v. : | |
| : | |
| ADRIANA SANTAMARIA : | |
| : | |
| : | |
| Defendant. : | |

## JOINT SUBMISSION REGARDING DISPUTED RESTITUTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this joint memorandum in aid of sentencing regarding the remaining dispute about the amount of restitution.

The plea agreement leaves it to the Court to determine the amount of restitution for each defendant. At the time the sentencing memoranda were filed, the parties disagreed about approximately $19,000 of the restitution. During subsequent discussions the parties have narrowed the area of disagreement to $16,963.56. The government submits that the total restitution amount for Ms. Santamaria is $603,196.33. Ms. Santamaria contends the amount of restitution is $586,232.77.

The contested amount of $16,963.56 concerns five computers and some courses taken from a computer vendor training institution named Learning Tree. For the Court's convenience, this pleading contains the parties' proffers of their positions about the items in dispute. The parties do not believe a further evidentiary hearing is necessary but reserve the right to argue their positions to the Court at sentencing.

Four of the five computers are discussed in the attached interview of Professor Ronald Cihlar. Two of the computers are Dell 733 GX 110 desktops costing $1,724 and $1,680. The third and fourth computers are Dell Latitude C800 laptops costing a total of $5,566.

The fifth computer is discussed in the attached interview of Professor Michael Cole. The computer is a Dell Latitude C800 costing $2,498.56.

Ms. Santamaria contests that she took or otherwise diverted the five computers listed above. She states that she has admitted what she diverted from the university, but that she did not divert the computers or any other equipment.

The government seeks restitution only in the amount of $5,495 for the training courses from Learning Tree. In the attached interview, Professor Cole states that he did not give Ms. Santamaria permission to take courses from Learning Tree. Two letters from Learning Tree also are attached. In each letter, Learning Tree confirms that it dealt with Ms. Santamaria about the courses. The $5,495 charge related to a passport in Ms. Santamaria's name which was transferred to Maria Cabrales' name. The courses eventually were taken by someone listed as a Ms. Birner. Although there was a Georgetown employee at that time by that name, the employee did not work in the Microbiology Department.

Ms. Santamaria states that she was authorized to take the courses she took. She states that she does not know anything about the status of the other courses and does not know Ms. Birner.

WHEREFORE, the government provides to the Court this joint submission regarding restitution.

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar # 451058

        _____
        Thomas E. Zeno
        Assistant United States Attorney
        United States Attorney's Office
        555 4th Street, N.W., Room 5243
        Washington, D.C. 20530
        (202) 514-6957

        _____
        Jeannie Rhee
        Assistant United States Attorney
        United States Attorney's Office
        555 4th Street, N.W., Room 5255
        Washington, D.C. 20530
        (202) 514-9832

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing Sentencing Memorandum was served via electronic filing on this 18th day of January 2006 to:

John P. Pierce, Esq.
The Pierce Law Group, LLC
Suite 500
4641 Montgomery Avenue
Bethesda, MD 20814

and

Danny Onorato, Esq.
Schertler & Onorato, LLP
Suite 1140
1140 Connecticut Avenue, N.W.
Washington, D.C. 20036

_____
THOMAS E. ZENO
Assistant United States Attorney