## MEMORANDUM OF RECORD

| TO | DATE |
|---|---|
| AUSA Tom Zeno | 12/2/05 |

| INFORMATION RECORDED BY | FILE |
|---|---|
| SA Anthony Saler | 115-777-82259 |

| SUBJECT |
|---|
| Interview of Ronald Cihlar |

| CONTACT | OFFICE | TELEPHONE NO. |
|---|---|---|
| | | |

**DETAILS**

On 11/30/05, I interviewed Professor Ronald Cihlar at his Georgetown University office. Cihlar has worked in the Microbiology Department since 1981. He has received federal grant money for the past 20 years.

Cole examined Dell Invoices # 437336167, 437336191, 437336555, and 437336563. All four of these invoices reflect the purchase of a Dell 733 GX110 desktop computer. They also have the same order date of 9/24/00 and the same purchase order # of 30698.

Cihlar stated that he has never ordered 4 computers at the same time. Cihlar showed me a Dell 733 GX110 computer in his office. He stated that he received the computer in or around September 2000. Cihlar thought that he may also have a Dell 733 GX110 computer in his lab.

Cihlar called Gail Feser into his office. Feser is a research associate and head lab technician for Cihlar. She has worked at Georgetown for 26 years and for Cihlar since 1987.

Feser went to the lab and then confirmed that there was one Dell 733 GX110 computer in the lab. Feser said that she remembers ordering two Dell 733 GX110 computers in or around September 2000. Feser stated that she provided the information on the two computers to Santamaria so that Santamaria could forward the information to the Georgetown Purchasing Department. Feser said that she was familiar with all of Cihlar's computer purchases. Feser stated that Cihlar has never ordered four computers at the same time.

Cihlar also examined Dell invoice # 588387001 reflecting the purchase of two Dell Latitude C800 laptop computers. He stated that he had never asked Santamaria to order a Dell laptop computer. The only laptop computer Cihlar has ever ordered for the Microbiology Department was a Toshiba in the mid 1990s.

Dell Invoices # 437336167, 437336191, 437336555, and 437336563 indicate that the computers were shipped to Adriana Santamaria in Room NE317. Cihlar said that it would not be unusual for him to have his computers shipped to Santamaria's office.