## MEMORANDUM OF RECORD

| TO | DATE |
|---|---|
| AUSA Tom Zeno | 12/2/05 |

| INFORMATION RECORDED BY | FILE |
|---|---|
| SA Anthony Saler | 115-777-82259 |

| SUBJECT |
|---|
| Interview of Michael Cole |

| CONTACT | OFFICE | TELEPHONE NO. |
|---|---|---|
|  |  |  |

**DETAILS**

On 11/30/05, I interviewed Professor Michael Cole at his Georgetown University office. Cole has worked in the Microbiology Department since 1985. He received his first federal grant in 1988.

Cole examined Dell Invoice # 628710766. He stated that he did not order the Dell Latitude C800 listed on the invoice. Cole explained that the Dell Latitude C800 is a laptop computer. Cole said that the only laptop computer that he has ever ordered since he has been at Georgetown is a Gateway 2000. Cole advised that he ordered that computer in the late 1980s and that he still has it.

Cole said that he did not use laptop computers in his laboratory because they were not powerful enough. He also mentioned that laptops often get stolen.

Cole said that he could also tell that he did not order the Dell Latitude C800 listed in Invoice # 628710766 because the invoice indicates that the computer was shipped to "Adriana Santamaria" at Room # NE317. Cole stated that Room # NE317 was the Santamaria's office. Cole said that when he orders computers, he prepares the purchase requisition order and lists his name and office # as the shipment address.

Cole also examined Learning Tree International Invoice # IN714319. Cole said that he had never heard of Learning Tree International. I told Cole that Learning Tree International offers computer classes. Cole stated that Santamaria never approached him about taking any computer classes. Cole mentioned that Georgetown provided its own computer classes (such as Excel and Power Point) to its employees.