

Learning Tree International
1805 Library Street
Reston, VA 20190-5630
Toll Free: (800) 843-8733
Free Fax: (800) 709-6405
www.learningtree.com
uscourses@learningtree.com

December 2, 2005

Ms. Lynda Wolford
Georgetown University
Internal Audit Department
1236 36th Street, NW – 2nd Floor
Washington, DC 20057

Re: Billing Inquires Letter Dated 11/30/05

Dear Ms. Wolford:

This letter is in response to the letter we received from you on November 30th, 2005 requesting records related to payments made by Georgetown University to Learning Tree International and inquiring about any relationship Learning Tree International has with Loews Ventana Canyon Resort.

We received two checks from Georgetown University in April of 1998. The first check (#660705), in the amount of $6495, was received on April 10, 1998 and was for an 8 Course Training PassPort purchased by Ms. Adriana Santamaria (Invoice #IN714318). The second check (#662073), in the amount of $5495, was received on April 19, 1998 and was for a second 8 course training passport purchased by Ms. Adriana Santamaria (Invoice #IN714319). The second passport was purchased at a discounted rate because it was considered a renewal of the first passport. The first passport was partially used by Ms. Santamaria in the allotted one year time frame. Since she was not able to fully utilize the PassPort, she had a credit of $2545 on file and was given the option of a refund, but she chose to use the $2545 credit for an additional class in June of 1999. The second PassPort was not activated by Ms. Santamaria, but transferred to a Ms. Maria Cabrales in April of 1998 at Ms. Santamaria's request. Ms. Cabrales never activated the PassPort and the funds were transferred to a PassPort purchased by Ms. Linda Birner. Ms. Linda Birner was also listed as an employee of Georgetown University. Ms. Birner did activate and fully utilize the PassPort.

In response to your second inquiry, Learning Tree International does not have any affiliation to Loews Ventana Canyon Resort.

If you have questions or concerns, please contact me at 703-709-5929.

Sincerely,

Michael Danka
Revenue Accounting Manager

EDUCATION IS OUR BUSINESS®

Washington DC • Boston • New York • Chicago • Atlanta • Los Angeles
Ottawa • Toronto • London • Paris • Stockholm • Tokyo

US0408 LH0077