11/12/06



Learning Tree International
1805 Library Street
Reston, VA 20190-5630
Toll Free: (800) 843-8733
Free Fax: (800) 709-6405

www.learningtree.com
uscourses@learningtree.com

January 10, 2006

Ms. Lynda Wolford
Georgetown University
Internal Audit Department
1236 36th Street, NW – 2nd Floor
Washington, DC 20057

Re: Queries via your letter dated December 15, 2005

Dear Ms. Wolford,

This letter is in response to your further queries on courses taken by Ms. Adriana Santamaria and Ms. Linda Birner with Learning Tree International as well as a request for any documentation supporting Passport transfers involving Ms. Santamaria and Ms. Birner.

I have attached a number of screen prints from our Customer Relations Database, to provide you with the requested information. Below is a description of each document enclosed.

Document 1 – This is the transaction history for Ms. Santamaria's first Passport (P-U45611) purchased on February 18, 1998. The two courses taken under this Passport were:
    Course 145 - Hands-On PC Configuration and Trouble Shooting starting on March 17, 1998
    Course 470 - Developing a Website: Hands-On starting on April 14, 1998.

Document 2 – This is the transaction history for the single course taken by Ms. Santamaria in July 1999. This course was paid for with the remaining unused funds from the Passport in Document 1, exhausting all available funds. The course taken was:
    Course 469 – Intro to the Internet & Intranets for Business: Hands-On starting on July 6, 1999.

Document 3 – This is the transaction history for the second Passport (P-U45612) purchased by Ms. Santamaria on February 18, 1998. This Passport was paid in full but no courses were taken. The document shows the verbal instructions received from Ms. Santamaria to transfer this Passport to a co-worker (Ms. Maria Cabrales).

Document 4 – This is the transaction history for the Passport (P-U46331) that replaced P-U45612 shown in Document 3. The holder of this Passport was Ms. Maria Cabrales. No courses were taken under this Passport.

Document 5 – The available funds from Ms. Cabrales's unused passport (P-U46331) shown in Document 4 were transferred to this Passport (J-U13946) held in the name of Ms. Linda Birner. All four available courses were taken by Ms. Birner. The course titles are listed on Document 5 as is Ms. Birner's address and phone number.

EDUCATION IS OUR BUSINESS®

Washington DC • Boston • New York • Chicago • Atlanta • Los Angeles
Ottawa • Toronto • London • Paris • Stockholm • Tokyo

US0406 LH0077

Document 6 – As to your request for documentation of the Passport transfer from Ms. Santamaria to Ms. Cabrales and then to Ms. Birner, I have enclosed a series of screen prints documenting phone calls between Ms. Santamaria and Ms. Cabrales and our sales staff where we were instructed to transfer the Passports. One of the phone conversations (on June 22, 2000) references a letter from Ms. Cabrales in reference to the transfer to Ms. Birner however, due to the age of the transaction; we have not been able to locate the letter.

Should you need any additional information on this matter, please contact me directly at 703-925-5658.

Regards,

Katherine Pelech
VP Finance
Learning Tree International USA, Inc.

Enclosed: Documents 1 – 6



Learning Tree International
1805 Library Street
Reston, VA 20190-5630
Toll Free: (800) 843-8733
Free Fax: (800) 709-6405
E-mail: uscourses@learningtree.com
Web: www.learningtree.com

US0207 LH0076