HONORABLE Henry H. Kennedy, Jr.
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Adriana Santamaria                      Criminal Case No.  CR 05-276-02

TO:  DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Adrian Santamaria** having been sentenced, on January 20, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself [herself] to the Bureau of Prisons by reporting to ___FPC Alderson___, in ___Alderson, WV___ by 2 p.m., on ___April 3, 2006___.

___3/24/06___                             ___/s/ Henry H. Kennedy___
Date                                       Henry H. Kennedy, Jr., U.S. District Judge

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

___[signature]___                          ___[signature]___
ATTORNEY/U.S. PROBATION OFFICER            DEFENDANT

Revised 10-95