P.02/02

**Bank of America**  Cashier's Check   No. 2934753

Date: JANUARY 20, 2006

Banking Center: NEWGATE

101153E 00002 002934753

Remitter (Purchased By): MARIA A. CABRALES

Pay **FIFTY THOUSAND DOLLARS AND 00 CENTS**   $ **50000.00**

To The Order Of: **GEORGETOWN UNIVERSITY**

Bank of America, N.A.
San Antonio, Texas

Authorized Signature

⑈2934753⑈ ⑆111000019⑆ 001641001536⑈

THIS ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

---

**SunTrust**   Official Check   0328022012
87-276/843

VOID OVER   25,000.00

4430326 UVJC68

JANUARY 20, 2006

**$25,000.00**

TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

Pay To The Order Of: GEORGETOWN UNIVERSITY

Purchaser: ADRIANA SANTAMARIA

Memo:

Payable At SunTrust Bank

SunTrust Banks Inc. by its Authorized Agent SunTrust Bank

Authorized Signature

⑈032802201
2⑈ ⑆061100790⑆ 7019019996⑈

TOTAL P.02