IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 05-276-02 |
| ) | |
| ADRIANA SANTAMARIA, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION FOR MODIFICATION OF RESTITUTION ORDER

Defendant Adriana Santamaria, by and through undersigned counsel, respectfully submits this motion for modification of its restitution order in the above-captioned case. As grounds for this request, Ms. Santamaria states as follows:

As part of her sentence in this case, Ms. Santamaria was ordered to pay restitution of $586,232.77 to Georgetown University. On the day of sentencing, Ms. Santamaria paid $25,000 to Georgetown University. The Court required her to make restitution payments while incarcerated. The money was to be taken from her prison wage earnings.

To date, correction officials at the Bureau of Prisons facility in Alderson, West Virginia have been reading the Court's restitution order more broadly and have been taking funds from Ms. Santamaria's account in amounts that exceed her prison wage earnings. As a result, money that is sent to Ms. Santamaria by her family members is being taken to pay restitution. Ms. Santamaria's family members have been making modest monthly contributions to her prison account so that she can pay for toiletries and other necessities. As such, she is having a difficult time purchasing hygiene products, making telephone calls to counsel, and obtaining stamps to write letters.

We respectfully request that the Court modify its restitution order to reflect that the Bureau of Prisons should only taken monies earned by Ms. Santamaria's prison wages to be used to pay her restitution order. Assistant United States Attorney Thomas Zeno has no opposition to the request.

WHEREFORE, Ms. Santamaria respectfully requests that the Court grant the above requested relief.

                                                Respectfully submitted,

                                                _____/s/_____
                                                JOHN PIERCE
                                                THE PIERCE LAW GROUP LLC
                                                4641 Montgomery Avenue
                                                Suite 500
                                                Bethesda, MD 20814
                                                Telephone: (202) 297-9669
                                                Fax: (301) 657-1433
                                                *Counsel for Defendant*

Date: October 6, 2006