IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No. 05-276-02 |
| ADRIANA SANTAMARIA, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the Motion to Modify the Restitution Order, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is further **ORDERED** that the Ms. Santamaria's restitution obligations in this matter are hereby modified and Ms. Santamaria's restitution payments in this matter shall be limited to the amount that she earns from prison wages while incarcerated.

**SO ORDERED.**

_____      _____
Date                                          Henry H. Kennedy
                                                   Judge, United States District Court
                                                   For the District of Columbia