UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADRIANA SANTAMARIA,<br><br>Defendant. | Criminal 05-0276-02 (HHK) |

**O R D E R**

Upon consideration of the motion to modify the restitution order, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is further **ORDERED** that the Ms. Santamaria's restitution obligations in this matter are hereby modified, and Ms. Santamaria's restitution payments in this matter shall be limited to the amount that she earns from prison wages while incarcerated.

**SO ORDERED.**

                                              Henry H. Kennedy, Jr.
                                              United States District Judge

Dated: October 10, 2006